DUPLICATE MINUTE ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/14/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

First Independent Income Notes, LLC. et al,
                          Plaintiff

-against-

Pali Capital, Inc. et al,
                          Defendant

1:06-cv-02448 (AKH)

Original filed in
1:00-cv-07898 (PAC)

**MINUTE ORDER PURSUANT TO MEMORANDUM FROM THE ADMINISTRATIVE OFFICE OF THE U.S. COURTS, DATED JUNE 15TH, 1973**

       This case having been pending for more than three years, all presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain this action as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for this case.

       Nothing contained in this minute order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

SO ORDERED: May 31, 2011
DATED: New York, N.Y.

*Loretta A. Preska*
_____
*Chief Judge*